TLM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 APR 21 PM 12:07
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Eluterio LORA-Carrillo,** Defendant | Magistrate Docket No. 08 MJ 1223 <br> COMPLAINT FOR VIOLATION OF: <br> Title 8, U.S.C., Section 1326 <br> Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **April 18, 2008** within the Southern District of California, defendant, **Eluterio LORA-Carrillo,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Ismael A. Canto
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **21st** DAY OF **APRIL, 2008**

Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Eluterio LORA-Carrillo**

## PROBABLE CAUSE STATEMENT

On April 18, 2008, at approximately 3:00 a.m., Border Patrol Agent J. Swanson was performing his assigned duties as a Border Patrol Agent in the Brown Field Border Patrol Station's area of operations in an area known as "Colonel's Saddle". This landmark is approximately 8 miles east of the Otay Mesa, California Port of Entry and 1 mile north of the United States/Mexico international boundary. This area is commonly used by undocumented aliens attempting to further their illegal entry into the United States.

During this time Agent Swanson noticed that a group of 5 individuals were walking north on a main trail that runs north from Colonel's Saddle. This trail is popularly used by undocumented aliens attempting to further their illegal entry into the United States. Agent Swanson then moved himself north of Colonel's Saddle to a part of the trail being used by the 5 individuals so as to ensure interception of the group. At approximately 3:30 a.m., the group of 5 individuals approached Agent Swanson's position. Due to the fact that the group was contacted in an area notorious for the presence of undocumented aliens and because of the close proximity to the United States/Mexico International Boundary, Agent Swanson performed a field immigration interview with each of the individuals in the group. Agent Swanson identified himself as a United States Border Patrol Agent in both the English and Spanish languages and questioned the individuals as to their citizenship and immigration status. Each member of the group, including one individual later identified as the defendant **Eluterio LORA-Carrillo**, stated that they were citizens and nationals of Mexico and were not in possession of any immigration documents that would allow them to enter or remain inside the United States legally. Agent Swanson then placed the defendant and the other four individuals under arrest and were transported to the Brown Field Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **May 6, 2006** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**Executed on April 19, 2008 at 9:00 a.m.**

Carlos R. Chavez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **April 18, 2008** in violation of Title 8, United States Code, Section 1326.

Jan M. Adler
United States Magistrate Judge

4/19/08 @ 9:37 a.m.
Date/Time